H. GRACE, Deceased.— Decree unanimously affirmed, with costs to the respondent payable out of the estate.   [138 Misc. 348.]

In the Matter of the Intermediate Judicial Settlement of the Account of HARRIOTTE R. HITCHCOCK, as Executrix, etc., of A. WILLARD HITCHCOCK, Deceased.— Decree unanimously affirmed, with costs to both parties payable out of the estate.

## FIRST DEPARTMENT, MARCH, 1931.

CLAUDE NEON LIGHTS, INC., Appellant, v. FEDERAL ELECTRIC COMPANY, INC., and Others, Respondents, Impleaded with Another.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROSINA FIERRO, as Administratrix, etc., of SAVINO FIERRO, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant, Impleaded with THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Merrell, J., dissents and votes for reversal and dismissal of the complaint.

VIRGINIA DYER GLENN and W. KENNETH GLENN, Respondents, v. OAKDALE CONTRACTING Co., INC., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Martin, J., dissents.

NIEMAN-IRVING & COMPANY, INC., Respondent, v. JOHN R. LAZENBY, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GUS K. WORMS and Others, Respondents, v. NATIONAL SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THOMAS GAFFNEY, as Substituted Committee of the Person and Property of JAMES GAFFNEY, an Incompetent, Appellant, v. JOHN VAKIENER, Respondent, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THOMAS GAFFNEY, as Substituted Committee of the Person and Property of JAMES GAFFNEY, an Incompetent, Appellant, v. JOHN VAKIENER, Respondent, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THOMAS GAFFNEY, as Substituted Committee of the Person and Property of JAMES GAFFNEY, an Incompetent, Appellant, v. JOHN VAKIENER, Defendant, Impleaded with MANUFACTURERS TRUST COMPANY, Formerly Known as GOTHAM NATIONAL BANK OF NEW YORK, Respondent.— Order so far as appealed from

affirmed, with ten dollars costs and disbursements. No opinion. Present —
Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALICE APPELBAUM and ABRAHAM MERFISH, Respondents, v. CARLTON LAND
SALES Co., INC., Appellant, Impleaded with Another.— Judgment affirmed, with
costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and
Sherman, JJ.

DAVID A. BROWN, Appellant, v. WALTER E. BEDELL and Others, Defendants,
Impleaded with NORMAN K. WINSTON, Respondent.— Order affirmed, with ten
dollars costs and disbursements, with leave to plaintiff to serve an amended com-
plaint within ten days from service of order upon payment of said costs. No
opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH HUNT, an Infant, by JOHN F. HUNT, His Guardian ad Litem, Respondent,
v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs.
No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Sherman,
JJ.; Dowling, P. J., and Martin, J., dissent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALOYSIUS CINELLI,
Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J.,
McAvoy, Martin, O'Malley and Sherman, JJ.; Dowling, P. J., and Sherman, J.,
dissent.

HENRIETTA GOLDSTEIN, Respondent, v. RACHAEL GOLDSTEIN and Others,
Appellants.— Judgment reversed and a new trial ordered, with costs to the appel-
lants to abide the event, unless the plaintiff stipulates to reduce the judgment as
entered to the sum of $5,184.32; in which event the judgment as so modified is
affirmed, without costs. No opinion. Settle order on notice. Present — Dowling,
P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of HOWARD FUNDING Co., INC., Appellant, v.
WILLIAM E. WALSH and Others, Respondents.— Order affirmed, with ten dollars
costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy,
Martin, O'Malley and Sherman, JJ.

THE CITY OF NEW YORK, Respondent, v. GLOBE INDEMNITY COMPANY and
THE FRONT DRIVE MOTOR COMPANY, Appellants.— Judgment and order affirmed,
with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley
and Sherman, JJ.

JOSEPH FRANKENBERGER, Respondent, v. ALEXANDER SCHNELLER and BETTY
STENGER SCHNELLER, Executor and Executrix, Respectively, etc., of BERNHARD
SCHNELLER, Deceased, Appellants.— Judgment and order affirmed, with costs.
No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman,
JJ.; Martin and Sherman, JJ., dissent.

JOSEPH OSCAR SIVIN and Others, Respondents, v. JOHN GASTON, Appellant,
Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements,
with leave to the defendant, appellant, to answer within twenty days from service
of order upon payment of said costs. No opinion. Present — McAvoy, Martin,
O'Malley and Sherman, JJ.

JOSEPH J. SCHICKLER, Respondent, v. PENROD COMPANY, INC., and Another,
Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling,
P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

MOSES SAMUEL SONNEBORN, Appellant, v. MASSACHUSETTS BONDING AND
INSURANCE COMPANY, Respondent.— Determination affirmed, with costs and